## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Christopher E. Rixon, et al.,

Plaintiff(s),

v.

Danisco USA Inc., et al.,

Defendant(s).

Case No. 15 C 50283

Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The settlement agreements are approved and plaintiffs' claims are dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion for court approval of settlement and dismissal of named and opt-in plaintiffs' claims.

Date: 8/24/2016

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk